## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FRADEL CIMENT,

                     Plaintiff,

-against-                              24 **CIVIL** 212 (CS)

## **JUDGMENT**

TRANSUNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and JPMORGAN CHASE
BANK, N.A.,

                     Defendants.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 27, 2025, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 27, 2025

                                                   **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                           **BY:**      *K. Mango*

                                                    **Deputy Clerk**